# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:09cr70-RH/WCS

ERIC JEROME REESE, JR.,

    Defendant.

_____/

## ORDER VACATING THE GUILTY PLEA ON COUNT FOUR

The defendant Eric Jerome Reese, Jr., has moved to withdraw his guilty plea to knowingly possessing a firearm with a removed serial number, as charged in count four. He has not moved to withdraw his guilty plea to counts one through three.

Mr. Reese asserts that he did not know that the relevant firearm's serial number had been removed. He said the same thing in the colloquy that preceded the guilty plea. The government does not concede that Mr. Reese did not know the serial number had been removed, but the government acquiesces in the motion to withdraw the guilty plea on this count. The government expects to move to dismiss the count at the sentencing hearing on the other counts.

As set out on the record of the hearing on April 28, 2010,

IT IS ORDERED:

Mr. Reese's motion to withdraw the guilty plea on count four is GRANTED. The plea and adjudication of guilt on that count are vacated. The sentencing on the other counts will go forward as scheduled.

SO ORDERED on April 30, 2010.

s/Robert L. Hinkle  
United States District Judge